UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DUBOIS LAFFETTE and** | ) | CASE NO. **16-72019-LRC** |
| **LIANE ROSE MARIE LAFFETTE,** | ) | |
|     DEBTORS. | ) | |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Chapter 13 Trustee and objects to confirmation of the Plan and files this motion to dismiss under 11 U.S.C. § 1307(c), for cause, including the following reasons:

1. The Chapter 13 Plan should be amended to clarify the proposed treatment of Farmers Furniture, as this creditor is provided for in two different sections of the Plan with incompatible treatment of the claim.

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation hearing, deny the Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

Dated: This the ___17___ day of May, 2017.

Respectfully submitted,

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee

Adam M. Goodman
Standing Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Dubois Laffette and | ) | |
| Liane Rose Marie Laffette, | ) | CASE NO.: 16-72019-LRC |
| | ) | |
| DEBTORS. | ) | |

16-72019-LRC  **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    Dubois Laffette
    Liane Rose Marie Laffette
    821 Kohl Drive
    McDonough, GA  30253

    DEBTOR(S) ATTORNEY:

    THE BANKRUPTCY LAW GROUP, LLC
    155 EAGLES WALK
    SUITE A
    STOCKBRIDGE, GA  30281

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

May 17, 2017

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450